# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SOTOMAYOR,<br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No: 5:23-cv-00932-AJR<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED SEVEN DOLLARS AND 80/100 ($2,407.80) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 9/15/23          _____
                        HON. A. JOEL RICHLIN
                        UNITED STATES MAGISTRATE JUDGE

-1-